AO 92 (Rev. 6/83)            COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BING XU | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>07-MJ-7140 (ES) |

The above named defendant was arrested upon the complaint of

charging a violation of   18   U.S.C. §   554

| DISTRICT OF OFFENSE  of New Jersey | DATE OF OFFENSE<br>10/29/07 |
|---|---|

DESCRIPTION OF CHARGES:

Unlawful Exportation of US Merchandise

BOND IS FIXED AT
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

10/31/07
Date

United States Judge or Magistrate

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |